**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 10-1639**

———————

THERMAN JONES,

        Plaintiff – Appellant,

    v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant – Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Richard L. Williams, Senior District Judge.  (3:09-cv-00590-RLW)

———————

Submitted:  February 10, 2011      Decided:  March 3, 2011

———————

Before WILKINSON, NIEMEYER, and WYNN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Charles Henry Cuthbert, Jr., CUTHBERT LAW OFFICES, Petersburg, Virginia, for Appellant.  Eric Kressman, Regional Chief Counsel, Brian O'Donnell, Supervisory Attorney, Jillian Kipp, Assistant Regional Counsel, SOCIAL SECURITY ADMINISTRATION, Philadelphia, Pennsylvania; Neil H. MacBride, United States Attorney, Robin Perrin Meier, Assistant United States Attorney, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Therman Jones appeals the district court's order affirming the Commissioner's decision to deny Jones a period of disability and disability insurance benefits. We must uphold the decision to deny benefits if the decision is supported by substantial evidence and the correct law was applied. See 42 U.S.C. § 405(g) (2006); Johnson v. Barnhart, 434 F.3d 650, 653 (4th Cir. 2005) (per curiam). We have thoroughly reviewed the parties' briefs, administrative record, and the materials submitted in the joint appendix, and find no reversible error. Accordingly, we affirm. See Jones v. Comm'r of Soc. Sec., No. 3:09-cv-00590-RLW (E.D. Va. June 3, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED